PEOPLE OF THE TERRITORY ·OF UTAH, RE-SPONDENT, *v.* EVAN R. OWENS, APPELLANT.

CONTEMPT.—APPEAL FROM JUDGMENT.—APPELLATE JURISDICTION.
    —Where the court below had jurisdiction of a proceeding ad-judging the defendant to be in contempt, a review of such a proceeding can only be had in an appellate court by virtue of some statutory provision.

APPEAL from a judgment of the district court of the first district.   The opinion states the facts.

BLACKBURN, J.:

The defendant was arrested on an attachment for con-tempt, and he was discharged on the payment of the costs of attachment, and from that order he appeals.   We think we cannot review a proceeding in contempt when the court below had jurisdiction.   There is nothing in our statutes allowing an appeal in such cases, and the rule of law is that each court judges for itself in cases of contempt, and the judgment of the court is not a subject of review by an appellate court.   When an appeal is al-lowed it is by statutory provision.   Notes to *Clark* v. *People,* 12 Amer. Dec. 184; *Yates* v. *Lansing,* 9 Johns. 395; *Baldwin* v. *Miles,* 58 Conn. 496, 20 Atl. Rep. 618. Therefore the appeal must be dismissed.

ZANE, C. J., and ANDERSON, J., concurred.